

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00085-CR

Isaac **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CR12210
Honorable Melisa C. Skinner, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

SIGNED May 17, 2023.

_____
Beth Watkins, Justice